MARTHA WASHINGTON CANDIES CO., INC., Respondent, *v.* MARTHA WASHINGTON ICE CREAM CO., INC., et al., Appellants.

Submitted January 5, 1953; decided January 21, 1953.

*Harold Greenwald* for motion.
*Nathaniel T. Helman* for appellants.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless, within ten days from the date of service upon the attorney for appellants of a copy of this order, appellants serve and file the required undertaking on appeal and pay $10 costs, in which events motion denied.